# Exhibit B



**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

New Case Electronically Filed:
September 5, 2018 11:16

By: CHRISTOPHER M. SAMS 0093713

Confirmation Nbr. 1485293

| | |
|---|---|
| JEROME DOZIER | CV 18 903239 |
| vs. | |
| ARAMARK | Judge: PAMELA A. BARKER |

Pages Filed: 1

# IN THE COURT OF COMMON PLEAS

State of Ohio  
County of Cuyahoga   } SS

Case No. _____

_Jerome Dozier_, Plaintiff

AFFIDAVIT OF INDIGENCE

vs

_Aramark_, Defendant

_Jerome Dozier_, being first duly sworn, says that _he_ is the _Plaintiff_ in the above captioned matter and has not sufficient funds to pay the security for costs in this action pursuant to Local Rules and submits the following information in support of said allegation of property:

PLACE OF EMPLOYMENT _Hilton Hotel - Cleveland_

LENGTH OF TIME EMPLOYED From _May 3, 2018_ To _Present_

GROSS WEEKLY INCOME $ _440_

TOTAL GROSS INCOME FROM ALL SOURCES IN LAST TWENTY-SIX (26) WEEKS $ _7,300_

TOTAL ASSETS:

CASH ON HAND OR ON DEPOSIT $ _5_

REAL ESTATE _No_ MARKET VALUE $ _N/a_ MORTGAGES $ _N/a_

VALUE OF AUTOMOBILE $ _N/a_

I hereby represent that the information set forth above concerning my financial condition is true and complete to the best of my knowledge and belief.

_Jerome Dozier_

SWORN TO AND SUBSCRIBED IN MY PRESENCE this _18th_ day of _August_, 20_18_

_Karen Cornelison_  
Notary Public - SIGNATURE

KAREN CORNELISON  
NOTARY PUBLIC, STATE OF OHIO  
Recorded in Cuyahoga County  
My Comm. Expires Nov. 23, 2019



**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

New Case Electronically Filed:
September 5, 2018 11:16

By: CHRISTOPHER M. SAMS 0093713

Confirmation Nbr. 1485293

JEROME DOZIER                                   CV 18 903239

vs.
                                                Judge: PAMELA A. BARKER
ARAMARK

Pages Filed:  4

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| JEROME DOZIER<br>11500 Huffman Road, #232<br>Parma, OH 44130 | )<br>)<br>)<br>) | Civil Action No. _____<br><br>Judge _____ |
| Plaintiff, | )<br>) | |
| v. | )<br>) | |
| ARAMARK<br>18101 Lorain Ave.<br>Cleveland, OH 44111 | )<br>)<br>)<br>)<br>) | **COMPLAINT FOR DISABILITY<br>DISCRIMINATION** |
| Defendant. | ) | **JURY DEMAND ENDORSED HEREON** |

Plaintiff Jerome Dozier ("Plaintiff") alleges as follows for his Complaint against Defendant Aramark ("Defendant"):

1. Plaintiff worked for Defendant in Cuyahoga County, Ohio.

2. Defendant conducts business in Cuyahoga County, Ohio.

3. This Court has subject matter and personal jurisdiction over the claims raised in this Complaint.

4. Venue is proper in Cuyahoga County, Ohio.

5. Plaintiff has suffered damages in excess of $50,000.

6. Plaintiff has hired the undersigned counsel and has agreed to pay them reasonable attorney's fees and costs if they are successful on one or more of the claims set forth herein.

7. Plaintiff worked for Defendant as a Production Cook.

8. Plaintiff worked for Defendant from on or about October 16, 2016 until Defendant terminated his employment on or about February 20, 2018.

9. Plaintiff suffers from physical impairments that substantially limit one or more of his major life activities.

10. Defendant was aware of Plaintiff's disabilities.

11. Plaintiff has a record of physical impairments.

12. Defendant regarded Plaintiff as having physical impairments.

13. Plaintiff was qualified for his job as a Production Cook.

14. Plaintiff suffers from arthritis in his back, kidney problems, high blood pressure related to the kidney problems, and he also suffered from a heart attack and a stroke.

15. Due to Plaintiff's disabilities, Plaintiff is forced to use a cane and occasionally forced to sit down.

16. Plaintiff could perform the essential functions of his job as a Production Cook with a reasonable accommodation of him missing work for a short period of time due to his disability.

17. On or about February 19, 2018, Plaintiff requested a short leave of absence due to his disability.

18. Plaintiff made this request after he suffered from a stroke.

19. Defendant did not grant Plaintiff the reasonable leave of absence that he requested.

20. Instead, on or about February 20, 2018, just one day after Plaintiff requested leave, Defendant terminated Plaintiff's employment.

21. Defendant claimed that it was terminating Plaintiff due to the number of absences that he had.  However, this reason is a mere pretext.

22. Defendant actually terminated Plaintiff because of his disability.

## COUNT I
## DISABILITY DISCRIMINATION

23. Plaintiff re-alleges each allegation set forth in paragraphs 1-22 above.

24. In violation of Ohio Revised Code Sections 4412.02 and 4112.99, Defendant discriminated against Plaintiff because of his disability, because of his record of being disabled, or because of perceived disabilities.

25. Plaintiff was qualified for his job.

26. Plaintiff could perform the essential functions of his job with a reasonable accommodation.

27. Plaintiff suffered an adverse employment action when Defendant refused to reasonably accommodate his disability and terminated his employment.

28. Plaintiff has been damaged by Defendant's disability discrimination.

29. Defendant's conduct is the cause of Plaintiff's damages.

30. Defendant acted with actual malice, entitling Plaintiff to punitive damages and his attorney's fees and costs.

## COUNT II
## FAILURE TO PROVIDE REQUESTED RECORDS

31. Plaintiff re-alleges each allegation set forth in paragraphs 1-30 above.

32. On March 27, 2018, a person acting on behalf of Plaintiff sent a request to Defendant for documents and records required to be kept and produced pursuant to Ohio Revised Code Section 4111.14(F)-(G) together with a notarized release.

33. Defendant received the request for documents and records regarding Plaintiff that are required to be kept and produced pursuant to Ohio Revised Code Section 4111.14(F)-(G)

34. Defendant did not produce any documents or records in response to the request.

35. Plaintiff may bring this action pursuant to Ohio Revised Code Section 4111.14(K).

36. Defendant is liable for the costs and reasonable attorney's fees of Plaintiff pursuant to Section 34(a) of Article II of the Ohio Constitution.

WHEREFORE, Plaintiff demands judgment against Defendants for his lost wages, reinstatement or front pay, lost fringe benefits, statutory damages, emotional distress, and any other compensatory damages, punitive damages, prejudgment interest at the statutory rate, interest on unpaid wages pursuant to Ohio Revised Code 4113.15, post-judgment interest, attorney's fees and costs, and all other relief to which he is entitled.

JURY TRIAL DEMANDED.

          Respectfully submitted,

/s/   Christopher M. Sams
Stephan I. Voudris, Esq.
Supreme Court No. 0055795
Christopher M. Sams, Esq.
Supreme Court No. 0093713
Voudris Law LLC
8401 Chagrin Road, Suite 8
Chagrin Falls, OH 44023
svoudris@voudrislaw.com
csams@voudrislaw.com
440-543-0670
440-543-0721 (fax)
*Counsel for Plaintiff*

SUMMONS IN A CIVIL ACTION    COURT OF COMMON PLEAS, CUYAHOGA COUNTY JUSTICE CENTER
CLEVELAND, OHIO 44113

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV18903239 | D1 FX | 36376717 |

Rule 4 (B) Ohio
Rules of Civil Procedure

# SUMMONS

JEROME DOZIER **PLAINTIFF**
VS
ARAMARK **DEFENDANT**

ARAMARK
18101 LORAIN AVE.
CLEVELAND OH 44111

You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.

You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.

Said answer is required to be served on:

Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)

**Plantiff's Attorney**

CHRISTOPHER M. SAMS
8401 CHAGRIN RD #8
CHAGRIN FALLS, OH 44023-0000

Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.

If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.

Case has been assigned to Judge:

PAMELA A BARKER
Do not contact judge. Judge's name is given for attorney's reference only.

NAILAH K. BYRD
Clerk of the Court of Common Pleas

By_____
Deputy

**DATE SENT**
Sep 6, 2018

COMPLAINT FILED    09/05/2018



CMSN130



September 12, 2018

Dear Customer:

The following is the proof-of-delivery for tracking number **782650885571**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Shipping/Receiving |
| Signed for by: | P.PATRICK | Delivery location: | 18101 LORAIN AVE CLEVELAND, OH 44111 |
| Service type: | FedEx Express Saver | Delivery date: | Sep 11, 2018 08:21 |
| Special Handling: | Deliver Weekday | | |
| | Direct Signature Required | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 782650885571 | Ship date: | Sep 6, 2018 |
| | | Weight: | 0.5 lbs/0.2 kg |

| Recipient: | Shipper: |
|---|---|
| ARAMARK | CCoC |
| 18101 LORAIN AVE. | 1200 Ontario |
| CLEVELAND, OH 44111 US | Cleveland, OH 44113 US |

Reference              CV18903239
Invoice number         36376717

Thank you for choosing FedEx.

CV18903239 / 36376717 / ARAMARK / 2018-9-12 05:23